UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-04750-SVW-FFM | Date | September 24, 2015 |
| Title | *Ty Messerli v. Root9b Technologies, Inc. et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER [23]

Plaintiff Ty Messerli ("Plaintiff") filed a class action complaint against Root9b Technologies, Inc., Joseph J. Grano, Jr., Kenneth T. Smith, and Eric Hipkins ("Defendants") on June 23, 2015. (Dkt. 1.) Plaintiff's complaint alleges violations of §§ 10(b) and 20(a) of the Exchange Act. (*Id.*) On August 25, 2015, Defendants filed a motion to transfer the case to the District of Colorado under 28 U.S.C. § 1404(a). (Dkt. 23.) Defendants noticed the motion for hearing on September 28, 2015. (Dkt. 23, 1.) Plaintiff has not filed an opposition to the motion to dismiss. (*See* Dkt. 30.)

Under local rule 7-9, an opposing party must file an opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion." (L-R 7-9.) The rules also provide that the Court may decline to consider untimely submissions and failure to file within the deadline "may be deemed consent to the granting or denial of the motion," except in the case of motions for summary judgment. (L-R 7-12.) When the Plaintiff failed to submit an opposition to Defendant's motion to transfer at least 21 days before the noticed hearing, he violated local rule 7-9. Therefore, the Court may grant the motion and transfer the case. *See, e.g., Prawoto v. PrimeLending*, 720 F. Supp. 2d 1149, 1151 (C.D. Cal. 2010).

**Order**

For the aforementioned reasons, Defendant's motion to transfer is GRANTED. The hearing scheduled for September 28, 2015 is VACATED and OFF-CALENDAR.

                                                                          : 
                                                             _____
                                                             Initials of Preparer
                                                                    PMC